MARIA B. FALLETTA, as Administratrix, etc., Respondent, v. SIXTY WALL STREET, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.; Scott and Page, JJ., dissented on the ground that the motion to dismiss the complaint at the close of plaintiff's case for the reason that it did not state a cause of action should have been granted.

IRENE ZATULOVE, Respondent, v. LONG ISLAND RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONY DELISS, Appellant.— Judgment and order affirmed.    No opinion.    Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

EAGLE PAPER BOX COMPANY, Appellant, v. GATTI-MCQUADE COMPANY, Respondent.— Determination affirmed, with costs.    No opinion.    Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

AMELIA J. PHILLIPS, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

FRANK I. PHILLIPS, Respondent, v. THE CITY OF NEW YORK, Appellant. — Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

GEORGE JACOBSEN, as Administrator, etc., Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment affirmed, with costs.    No opinion.    Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

In the Matter of the Application of JOHN GORDON, Appellant, to Compel Payment of Assigned Award, etc.    (In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title, etc., for the Opening and Extending of Haviland Avenue, etc.)    THE EQUITABLE TRUST COMPANY OF NEW YORK, Substituted Trustee, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

JOHN CORNELL, Appellant, v. GEORGE ABEEL, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

IDA TOBIAS, an Infant, etc., Appellant, v. HARRIS LEWIS and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.